IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:99-cr-00068-MP

THADIUS CARR,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 118, the defendant's motion to continue the hearing on the petition alleging a violation of supervised release. The motion is granted, and the hearing is hereby reset for January 10, 2006 at 2:00 p.m.

**DONE AND ORDERED** this _7th_ day of December, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge