IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO. 1:99-cr-00068-MP

THADIUS CARR,

    Defendants.
_____/

**O R D E R**

This matter came before the Court for a violation of supervised release hearing on March 30, 2006. At the outset of the hearing, the defendant orally moved to continue it. As stated in open court, the motion is granted and the violation of supervised release hearing is hereby continued until Thursday, April 13, 2006, at 9:30 a.m.

**DONE AND ORDERED** this *31st* day of March, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge