IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          CASE NO. 1:99-cr-00068-MP-AK

THADIUS CARR,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Motion to Reduce Sentence (Re: Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 U.S.C. § 3582) by Thadius Carr, Doc. 165. Mr. Carr requests the Court review the circumstances of his sentencing, to determine whether he may be eligible for a reduced sentence now that the current Sentencing Guidelines punish some crack cocaine offenses less harshly than they did when he was originally sentenced. However, he is not currently in prison for crack cocaine offenses. On June 14, 2004, he was released from prison and put on supervised release. Subsequently, he violated the conditions of that supervised release by testing positive for drug use, possessing drugs, and resisting arrest. He was returned to custody for the violation of his supervised release on April 13, 2006.

Because he is currently in custody for violating his supervised release, rather than as a result of a prison sentence for a crack cocaine offense, the amendments to the Sentencing Guidelines for crack cocaine offenses are not relevant to his incarceration. Accordingly, the Motion to Reduce Sentence, Doc. 165, is DENIED.

**DONE AND ORDERED** this  *23rd* day of March, 2010

<u>*s/Maurice M. Paul*</u>
Maurice M. Paul, Senior District Judge